# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER CHARLES and DARREN PRUM, special administrators of the estate of Baby Boy Charles, born December 31, 2005, and died August 4, 2006; MORGAN CHARLES, on behalf of the deceased BABY BOY CHARLES,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MELANIE OCHS, individually; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; and COUNTY OF CLARK, a political subdivision of the State of Nevada,<br><br>    Defendants.<br>_____<br>CHRISTOPHER CHARLES and DARREN PRUM, special administrators of the estate of Baby Boy Charles, born December 31, 2005, and died August 4, 2006; MORGAN CHARLES, on behalf of the deceased BABY BOY CHARLES,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MAPLE STAR NEVADA, a Nevada corporation; JENNIFER ERBES, individually and in her official capacity,<br><br>    Defendants.<br>_____ | Case No.: 2:07-cv-01212-RLH-GWF<br><br>and<br><br>Case No.: 2:08-cv-1146-RLH-GWF<br><br>**O R D E R** |

AO 72
(Rev. 8/82)

1

INASMUCH as Plaintiffs' claims against Defendants Jennifer Erbes and Maple Star Nevada have been dismissed, the Court also DISMISSES ERBES AND MAPLE STAR NEVADA'S CROSS CLAIM AGAINST MELANIE OCHS because it arises out of Plaintiffs' claims.

INASMUCH as Plaintiffs and Defendant Clark County, Nevada have agreed in principal to settle Plaintiffs' claims against Clark County, and have been awaiting approval of the settlement by the Board of Clark County Commissioners since February 3, 2011, the Court hereby ADMINISTRATIVELY CLOSES THIS CASE, subject to being reopened when Plaintiffs' claims against Clark County are dismissed or at the request of one the parties.

INASMUCH as all of Plaintiffs' and Cross Claimants' claims have been dismissed or are, in the case of Plaintiffs' claims against Clark County, in the process of being officially settled, the Court hereby orders ALL PENDING MOTIONS BE DISMISSED AS MOOT.

Dated: September 2, 2011

_____
**ROGER L. HUNT**
**United States District Judge**